On 30 March 1994 Commissioner J. Randolph Ward issued an Order dismissing plaintiff's claim pursuant to G.S. § 143-31 for failing to state a claim upon which relief can be granted. As Commissioner Ward stated in his Order, the Industrial Commission does not have jurisdiction over sheriffs or their employees under the North Carolina Tort Claims Act and suits against them must be brought in the general courts of justice. Hull v. Oldham,104 N.C. App. 29, 407 S.E.2d 611 (1991).
The undersigned therefore AFFIRM and ADOPT the Order by Commissioner Ward which DISMISSED plaintiff's claim.
No further costs are assessed at this time.
 S/ _________________________________ THOMAS J. BOLCH COMMISSIONER
CONCURRING:
S/ __________________________________ BERNADINE S. BALLANCE COMMISSIONER
S/ ___________________________________ COY M. VANCE COMMISSIONER